**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 35 MM 2019
:
Respondent :
:
:
:
v. :
:
:
:
DALLAS RAY VAVRA, :
:
Petitioner :

## ORDER

**PER CURIAM**

 **AND NOW**, this 29th day of May, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.